FILED & JUDGMENT ENTERED
Steven T. Salata

January 31 2024

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| **POWER HOME SOLAR, LLC,** | ) | |
| | ) | Case No. 22-50228 (JCW) |
| Debtor. | ) | |
| | ) | |
| | ) | |
| **JIMMY R. SUMMERLIN, JR., in his capacity as Chapter 7 bankruptcy trustee for the Estate of Power Home Solar, LLC d/b/a Pink Energy,** | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. Pro. No. 23-03013 |
| **JPMORGAN CHASE BANK, N.A., in its capacity as Administrative Agent for JPMorgan Chase Bank, N.A., CitiBank, N.A., and Pinnacle Bank; JPMORGAN CHASE BANK, N.A.; CITIBANK, N.A., and PINNACLE BANK,** | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### SECOND CONSENT ORDER SETTING PRE-TRIAL DEADLINES

This matter is before the Court upon the agreement between the Plaintiff Jimmy R. Summerlin, Jr., in his capacity as Chapter 7 Bankruptcy Trustee for the Estate of Power Home Solar, LLC d/b/a Pink Energy and Defendants JPMorgan Chase Bank, N.A., in capacity as Administrative Agent for JPMorgan Chase Bank, N.A., CitiBank, N.A., and Pinnacle Bank;

1

JPMorgan Chase Bank, N.A.; Citibank, N.A., and Pinnacle Bank.  By consent of the parties, the pre-trial deadlines in the above captioned adversary proceeding are hereby modified as follows:

1. All discovery in this action shall be completed by March 29, 2024; and

2. Any dispositive motions shall be filed by April 26, 2024.

This the 30th day of January, 2024.

/s/ Melanie D. Johnson Raubach
Melanie D. Johnson Raubach (NC Bar No. 41929)
HAMILTON STEPHENS
STEELE + MARTIN, PLLC
525 North Tryon Street, Suite 1400
Charlotte, North Carolina 28202
Telephone: (704) 344-1117
Facsimile: (704) 344-1483
mraubach@lawhssm.com

/s/ Jimmy R. Summerlin, Jr.
Jimmy R. Summerlin, Jr.
YOUNG, MORPHIS, BACH & TAYLOR, LLP
Post Office Drawer 2428
Hickory, North Carolina 28603
Telephone: (828) 322-4663
jimmys@hickorylaw.com

*Attorneys for the Estate and Jimmy R. Summerlin, Jr., in his capacity as Bankruptcy Trustee for Power Home Solar, LLC*

/s/ A. Lee Hogewood, III
A. Lee Hogewood, III
North Carolina State Bar No. 17451
K&L GATES LLP
301 Hillsborough Street, Suite 1200
Raleigh, North Carolina 27603
Telephone: (919) 743-7300
Facsimile: (919) 516-2006
Email: a.lee.hogewoodIII@klgates.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A. as agent*

| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order. | United States Bankruptcy Court |
|---|---|